# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 26-1082

———————————————

Brian Markins

*Plaintiff - Appellant*

v.

Syngenta Seeds

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Central

——————————

Submitted: June 26, 2026
Filed: July 1, 2026
[Unpublished]

——————————

Before LOKEN, KELLY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Brian Markins appeals after the district court[1] dismissed his employment-related action. After careful review of the record and the parties' arguments on appeal, we

———————————————

[1] The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

conclude that the dismissal was proper for the reasons explained by the district court. See Vigeant v. Meek, 953 F.3d 1022, 1024 (8th Cir. 2020) (reviewing dismissal for failure to state claim de novo); see also Knowles v. TD Ameritrade Holding Corp., 2 F.4th 751, 758 (8th Cir. 2021) (district court may dismiss complaint with prejudice when amendment would be futile).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____